

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gary Jay McCoy,

Vs.   No. 11-13-00099-CR

The State of Texas,

\* From the 161st District Court
of Ector County,
Trial Court No. B-40,007.

\* April 16, 2015

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.